**Opinion issued June 25, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

————————

### NO. 01-13-00455-CR
————————

### IN RE JAIME LUEVANO, Relator

———————————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————————

### MEMORANDUM OPINION

Pro se relator Jaime Luevano has petitioned this Court for mandamus relief, naming as respondents various District Judges of the United States District Court for the Southern District of Texas, Attorney General Greg Abbott, and Governor Rick Perry. In the petition, relator seeks to compel hearings related to various complaints regarding his treatment in prison.

Relator's request does not fall within our mandamus jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Praker*, No. 01–10–01057–CR, 2011 WL 1326010, at *1 (Tex. App.—Houston [1st Dist.] April 7, 2011, orig. proceeding) (mem. op., not designated for publication); *In re Scott*, No. 05–02–01305–CV, 2002 WL 2013817, at *1 (Tex. App.—Dallas Sept. 4, 2002, orig. proceeding) (mem. op., not designated for publication); *see also* TEX. CONST. art. V, § 3; TEX. GOV'T CODE ANN. § 22.002 (West Supp. 2012).

We dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).